JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| LISA B., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | CASE NO. EDCV 20-139-AS <br><br><br> **JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

DATED: January 25, 2021

                                                         /s/
                                            ALKA SAGAR
                             UNITED STATES MAGISTRATE JUDGE